**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Joe Thornblad,                                                       Civil No. 07-1857 (RHK/SRN)

      Petitioner,                                                          **ORDER**

  v.

Barbara Berg Windels,

      Respondent.

---

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No Objections were filed to that Report and Recommendation.[1]  Based on all of the files, records, and proceedings herein and a de novo review of the Report and Recommendation, **IT IS ORDERED**:

    1.  The Report and Recommendation (Doc. No. 33) is **ADOPTED**; and

    2.  Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. No. 5) is **DENIED**, and this case is **DISMISSED WITH PREJUDICE**.


Dated: April 16, 2008

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge

---

[1] Petitioner did file a letter with this Court stating his intention to appeal the recommended denial of his Petition.  Accordingly, the undersigned has reviewed the Report and Recommendation de novo.